IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JACLYN JAFFE, § § *Plaintiff,* § § v. § § I.C. SYSTEM, INC., § § *Defendant.* § | CASE NO.: COCE-24-032842 |

## DEFENDANT I.C. SYSTEM, INC.'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE:

COMES NOW, Defendant I.C. System, Inc. ("Defendant") and files its *Notice of Removal* as follows:

1. Plaintiff Jaclyn Jaffe ("Plaintiff") filed his state court Complaint on May 28, 2024, in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

2. In the original Complaint, the Plaintiff claimed that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (the "FDCPA"). *See* Ex. 1, generally.

3. But the original Complaint failed to contain factual allegations of injury sufficient to create Article III jurisdiction in federal court. *Ibid.* The original Complaint could therefore not be removed to federal court.

4. On October 24, 2024, Defendant filed a Motion to Dismiss for Lack of Jurisdiction. *See* Ex. 2, generally.

5. A hearing on the Defendant's Motion to Dismiss was scheduled for hearing on January 29, 2025. *See* Ex. 3.

6. On January 24, 2025, the Plaintiff filed a Motion for Leave to Amend "to address the alleged deficiencies raised by Defendant in the Motion to Dismiss. *See* Ex. 4, para. 5.

7. A hearing was held on Defendant's Motion to Dismiss on January 29, 2025.

8. Later that same day, the State Court entered an Order granting Defendant's Motion to Dismiss for Lack of Jurisdiction *and* granting Plaintiff's motion for leave to amend. *See* Ex. 5.

9.

10. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

11. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

12. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition. Defendant was served on February 21, 2022.

13. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

14. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Small Claims Division.

15. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

## CERTIFICATE OF SERVICE

    The undersigned certifies that he forwarded a copy of the foregoing pleading to all parties entitled to notice of same via **CMRRR and email** on this 7th day of February 2025:

                              By: /s/ *Dale T. Golden*
                              Dale T, Golden, Esq.
                              dgolden@mgl.law
                              Florida Bar. No.: 94080
                              **Martin Golden Lyons**
                              **Watts Morgan PLLC**
                              410 S. Ware Boulevard
                              Suite 806
                              Tampa, Florida 33619
                              Main Line: (813) 251-3632
                              *Counsel for Defendant*