IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-60214-AHS

**JACLYN JAFFE,**

    **Plaintiff,**

vs.

**I.C. SYSTEM, INC.**

    **Defendant.**

_____/

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant I.C. SYSTEM, INC., and files its Answer and Affirmative Defenses to the Plaintiff's First Amended Complaint and states:

1. Denied.

2. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

3. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

4. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

5. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

6. Admitted.

7. Admitted.

8. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

9. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

10. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

11. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

12. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

13. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

14. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

15. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

16. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

17. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

18. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

19. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

20. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

21. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

22. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

23. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

24. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

25. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

26. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

27. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

28. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

29. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

30. Admitted.

31. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

32. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

33. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

34. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

35. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

36. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

37. Denied.

38. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

39. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

40. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

41. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

42. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

43. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

44. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

45. Denied.

46. Defendant incorporates by reference its responses to each paragraph cited in Paragraph 46 of the Complaint.

47. Defendant is without sufficient information to admit or deny the allegation in this paragraph.

48. Defendant is without sufficient information to admit or deny the allegation in this paragraph.

49. Defendant is without sufficient information to admit or deny the allegation in this paragraph.

50. Defendant is without sufficient information to admit or deny the allegation in this paragraph.

51. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

52. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

53. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

54. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

55. Denied.

## **AFFIRMATIVE DEFENSES**

1. The Defendant asserts, without admitting liability, that any claims the Plaintiff may have against the Defendant are barred by the applicable statute of limitations.

2. The Defendant asserts, without admitting liability, that any violation of the FDCPA was the result of a bona fide error notwithstanding reasonable procedures in effect to prevent said error. Those procedures include, but are not limited to, the following:

- Defendant's policy is that it only collects debts that are validly due and owing. Defendant's employees are trained to comply with this policy. Consistent with this policy, and because Defendant is not the original creditor on debts it collects and does not have first-hand information regarding any accounts referred to it for collection, U.S. Acute Care Solutions has agreed that it will refer only validly due and owing debts to Defendant for collection.

- After placement of the account and prior to collection efforts, the Defendant performed certain standard procedures to review the account to avoid certain pitfalls and potential violations of the law, such as verifying Plaintiff's personal identifying information, performing a cellphone scrub to avoid potential issues with the Telephone Consumer Protection Act, performing a bankruptcy scrub to avoid violation of any bankruptcy stays, and performing a search using the national change of address database ("NCOA") to ensure that its mailings reached the intended recipient.

Respectfully submitted by:

 */s/Dale T. Golden*
Dale T. Golden, Esq.
dgolden@mgl.law
Florida Bar No.: 94080
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
410 Ware Boulevard
Suite 806
Tampa, Florida 33619
Main Line: (813) 251-3632
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing:

      /s/Dale T. Golden
Dale T. Golden, Esq.